**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

# Minute Entry

## *Hearing Information:*

**Debtor**:  YORAVI INVESTMENT  INC
**Case Number**:  17-05446-EAG11                                    **Chapter:** 11
**Date / Time / Room**: 05/18/2018 09:30 am
**Bankruptcy Judge**: EDWARD A. GODOY
**Courtroom Clerk**:  MILAGROS IRIZARRY
**Reporter / ECR**:  JOSE ROMO

## *Matter:*
EVIDENTIARY HEARING ON DEBTOR'S OBJECTION TO CLAIM NUMBER 1 BY CLAIMANT RM TRUST (#66)
RM TRUST'S ANSWER (#74)
FINAL HEARING ON MOTION FOR RELIEF FROM STAY UNDER 362 FILED BY RM TRUST (#58)
DEBTOR'S OPPOSITION (#67)

## *Appearances:*

RAFAEL A GONZALEZ VALIENTE / ENRIQUE PERAL - Counsel for Debtor
CARMEN D CONDE TORRES / LUISA VALLE - Counsel for Movant

## *Proceedings:*

The court heard testimony from Mr. Juan Jose Santiago Marrero, senior vice president and trust officer at Oriental Bank, and Mr. Ricardo Rivera, president of Supermercado Caguas Centro 2.  The court finds the testimony of both witnesses to be credible, and accepts their testimony as fact.  Additionally, Joint Exhibits 1-8 and RM Trust Exhibits 1-4 were entered into evidence, per the attached witness and exhibit record.

For the reasons and findings stated in open court and the arguments raised in the legal memoranda filed by RM Trust at docket numbers 74 & 97, and incorporating the stipulated facts included with the joint pretrial report at docket number 111, the testimony of the two witnesses, and the exhibits entered into evidence, the court allows RM Trust's amended proof of claim #1-2, but at the reduced amount of $264,729.00 as wholly secured.

RM Trust's secured claim corresponds to a judgment obtained prepetition in the Puerto Rico Court of First Instance by Supermercado Caguas Centro 2, Inc. (the"Supermercado") against the debtor, Yoravi Investment, Inc. ("Yoravi").  Yoravi owns a shopping mall in Caguas, Puerto Rico, in which  Supermercado was a tenant.  Yoravi sued Supermercado in Puerto Rico court for eviction and collection of unpaid rent.  After a complicated procedural history, the Puerto Rico court entered judgment on both Yoravi's claim for back rent and Supermercado's counterclaim for breach of the lease agreement arising from a defective electrical system in the shopping center which led to Supermercado being overcharged for its electrical consumption.

This judgment was subsequently transferred to Mr. Rivera, who in turn transferred it to RM Trust (RM Trust Exs. 3 & 4.)  In allowing RM Trust's claim, the court rejects the debtor's collateral attack on the judgment from the Puerto Rico court, finding that the Puerto Rico court had both personal and subject matter jurisdiction over the debtor at the time the judgment was entered, and that these arguments were previously raised by the debtor in, and were rejected by, the Puerto Rico courts.  Further, and for the reasons stated in open court, the court also rejects the debtor's arguments with regard to the validity of the trust and of the transfer of the judgment to the trust, finding that the debtor does not have standing to raise these issues in this contested matter between the debtor and RM Trust.

Regarding the amount of the allowed claim, the Puerto Rico court entered a judgment, dated  April 14, 2015, ordering Yoravi:

Minute Entry – Page 2
May 18, 2018
17-05446 EAG

to pay to the Defendant [Supermercado] $185,000.00, plus interest thereon from the date of each payment of a PREPA bill by [Supermercado] . . . . Likewise, [Yoravi] is ordered to pay all costs and expenses incurred in this litigation, including the professional fees of the Defendant's expert and to pay to the Defendant $10,000.00 for attorney's fees.

The $185,000.00 is the aggregate of overpayments in the average amount of $5,000.00 monthly over Supermercado's 46-month tenancy in the shopping center.  Although $5,000.00 multiplied by 46 equals $230,000.00, the Puerto Rico court offset the amount of $45,000.00 in unpaid rent to arrive at the $185,000.00 figure.  In order to calculate the amount of prejudgment interest awarded to Supermercado, this court set the date of each payment to PREPA at six months after the start of each billing period.

The first 30-day period covers the monthly billing cycle; the second 30-day period covers the time to receive the bill from PREPA; the third 30-day period covers the time in which the bill must be paid.  The subsequent 90-day period, at the end of which the court has set as the date each payment was made, was added to ensure that the total amount of prejudgment interest calculated could have in no way exceeded that which was awarded to Supermercado by the Puerto Rico court.  In doing so, this court used its experience in dealing with claims from PREPA and took judicial notice of the fact that the electric company would not continue to provide service to a commercial client that was more than 90-days delinquent.

Using the methodology explained in more detail in open court, this court determined the prejudgment interest amount, using the legal interest then in effect of 4.25% per annum, to be $31,773.00.  Together with $185,000.00 in damages stated in the judgment, $10,000.00 in attorney's fees, and $14,370.00 in costs (Joint Ex. 2), this yields a total judgment amount of $241,143.00.  The court next calculated postjudgment interest in the amount of $23,586.00 from April 14, 2015, the date of the judgment, up to August 1, 2017, the date the bankruptcy petition was filed, using, once again, the legal interest rate of 4.25%.  The court then combined these figures to find that RM Trust has an allowed secured claim in the amount $264,729.00 as of petition date.

To date, RM Trust has not moved the court for post-petition interest on its claim.  (Joint Stip. Fact #22(d), Dkt. No. 111 at p. 9.)  The court notes that any such request must be made pursuant to 11 U.S.C. § 506(b) and Fed. R. Bankr. P. 3012.  See In re Martinez, 2015 Bankr. LEXIS 2560, at *1-*4 (Bankr. D.P.R. Aug. 3, 2015), aff'd, Scotiabank de P.R. v. Figueroa Martinez, 2016 U.S. Dist. LEXIS 136391 (D.P.R. Sept. 28, 2016).

Regarding the final hearing on the motion to lift stay filed by RM Trust at docket number 58, the same is continued until June 1, 2018 at 9:30 A.M. before the undersigned, at JOSE V. TOLEDO FED. BLDG & US COURTHOUSE, 300 RECINTO SUR, SECOND FLOOR, COURTROOM 1 SAN JUAN, PUERTO RICO.  The stay remains in full force and effect pending the conclusion of the final hearing.


**/S/EDWARD A. GODOY**
**U.S. Bankruptcy Judge**